UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie Fred Roberson, | No. 2:22-cv-01745-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Sac County Jail, et al., | |
| Defendants. | |

In a previous order, this court adopted the Magistrate Judge's findings and recommendations, dismissed this action, and entered judgment. ECF Nos. 6, 7, 8. Plaintiff has now filed three handwritten documents. ECF Nos. 9–11. The court will disregard these filings, as it cannot determine whether they request some form of relief or court action. Similar filings will be disregarded in the future without a court order.

IT IS SO ORDERED.

DATED: July 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1